IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DUSTIN E. ZUHLKE,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security;<br><br>    Defendant. | **8:18CV295**<br><br>**ORDER** |

Pursuant to the Memorandum and Order (Filing No. 25), judgment is entered in favor of the plaintiff and against the defendant.

Dated this 29th day of October, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge