IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DUSTIN E. ZUHLKE,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security;<br><br>        Defendant. | **8:18CV295**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered on this date (Filing No. 32), judgment for attorney fees is entered in favor of plaintiff in the amount of $1,857.70.

Dated this 6th day of April, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge