IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DUSTIN E. ZUHLKE,<br><br>              Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security;<br><br>              Defendant. | **8:18CV295**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered on this date, judgment for attorney fees is entered in favor of plaintiff in the amount of $16,895.50 under 42 U.S.C. § 406(b) and Counsel shall refund to plaintiff the Equal Access to Justice Act fee ($1,857.70) under 28 U.S.C. § 2412(d).

Dated this 4th day of September, 2020.

                                                      BY THE COURT:

                                                      s/ Joseph F. Bataillon<br>
                                                      Senior United States District Judge